**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MCDONALD'S CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CARGILL, INC., CARGILL MEAT SOLUTIONS CORPORATION (a/k/a CARGILL PROTEIN), JBS S.A., JBS USA FOOD COMPANY, SWIFT BEEF COMPANY, JBS PACKERLAND, INC., NATIONAL BEEF PACKING COMPANY, TYSON FOODS, INC. and TYSON FRESH MEATS, INC.,<br><br>Defendants. | Civil Action No. _____ |

### Rider to Summons in a Civil Action

<u>Defendants</u>:

1. Cargill, Inc.
   c/o United Agent Group Inc.
   5200 Willson Road #150
   Edina, MN 55424

2. Cargill Meat Solutions Corporation (a/k/a Cargill Protein)
   c/o United Agent Group Inc.
   5200 Willson Road #150
   Edina, MN 55424

3. JBS S.A.
   c/o Sami H. Rashid
   Quinn Emanuel Urquhart & Sullivan LLP
   51 Madison Avenue
   New York, NY 10010
   212-849-7000
   Email: samirashid@quinnemanuel.com

4. JBS USA Food Company

       c/o Corporation Service Company
       1900 W. Littleton Boulevard
       Littleton, CO 80120

5. Swift Beef Company
       1770 Promontory Circle, Greeley, Colorado 80634
       c/o Corporation Service Company
       1900 W. Littleton Boulevard
       Littleton, CO 80120

6. JBS Packerland, Inc.
       c/o Corporation Service Company
       8040 Excelsior Drive
       Madison, WI 53717

7. National Beef Packing Company
       c/o C T Corporation System
       120 South Central Ave.
       Clayton, MO 63015

8. Tyson Foods, Inc.
       c/o C T Corporation System
       124 West Capitol Avenue, Suite 1900
       Little Rock, AR 72201

9. Tyson Fresh Meats, Inc.
       c/o C T Corporation
       319 S Coteau St
       Pierre, SD 57501-3187 USA